IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00121 |
| | ) | |
| EMILIA TIRADO-MEDINA | ) | |

O R D E R

Defendant's motion (Docket Entry No. 19) to continue the arraignment on the indictment is GRANTED.

It is hereby ORDERED that the Arraignment on defendant Tirado-Medina is RESCHEDULED from July 24, 2013, to **Monday, August 5, 2013, at 12:00 noon.** Defendant shall be produced for this hearing. An Interpreter will be provided for the defendant.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Since the services of an Interpreter are necessary for this defendant, the Court will not accept a waiver of appearance after 3:00 p.m. on Friday, August 2, 2013.