UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00121 |
| | ) | JUDGE CAMPBELL |
| EMILIA TIRADO-MEDINA | ) | |

## ORDER

Pending before the Court is the Defendant's Third Motion To Continue Sentencing Hearing (Docket No. 42). Through the Motion, the Defendant seeks a continuance of the sentencing hearing, currently set for August 29, 2014.

The Motion is GRANTED. Accordingly, the sentencing hearing is CONTINUED to January 5, 2015, at 3:00 p.m. The sentencing hearing will not be continued again, absent extraordinary circumstances.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE