UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00121 |
| | ) | JUDGE CAMPBELL |
| EMILIA TIRADO-MEDINA | ) | |

## ORDER

Pending before the Court is the Government's Motion for Substitution Of Counsel (Docket No. 44). The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE